# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| EGYPT MUSLISMAH LOVE, | : | CIVIL ACTION NO. |
| a/k/a Geneva Ronda Stone, | : | 1:14-CV-01351-WSD-JSA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SGT. PALMER, DR. SMITH, et al., | : | PRISONER CIVIL ACTION |
| Defendants. | : | 42 U.S.C. § 1983 |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On June 12, 2015, the Court ordered Plaintiff to either pay the $400.00 filing and administrative fees for this case or file a non-prisoner financial affidavit seeking leave to proceed *in forma pauperis* (Doc. 21 at 2); and, within 20 days, to file a consolidated complaint and to complete and return service forms for the four named Defendants (*id.* at 20-21).  On July 20, 2015, the Court ordered Plaintiff to comply with its previous order within 10 days or to show cause why this case should not be dismissed for her failure to do so.  (Doc. 23).  To date, Plaintiff has failed to comply with either order, and the copy of the Court's latest order mailed to Plaintiff at her address of record has been returned as undeliverable.  (*See* Doc. 24).  According to the Postal Service's notation, the Plaintiff "moved and left no forwarding address."  (*Id.*).[1]

---

[1] There is no indication on the docket that the Court's June 12, 2015 Order – with which Plaintiff has not complied – was returned as undeliverable.

**IT IS THEREFORE RECOMMENDED** that this case be **DISMISSED without prejudice** because, in violation of the Court's Local Rules, Plaintiff has failed to obey a lawful order of the Court and has failed to update her address. *See* LR 41.3.A.(2) ("The court may, with or without notice to the parties, dismiss a civil case for want of prosecution if [a] plaintiff or plaintiff's attorney shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case;") & LR 41.2.C. ("The failure of counsel for a party or of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment."), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 31st day of July, 2015.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE